IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL CLAYTON STONEROAD,** | : | Civil No. 1:18-cv-2276 |
| **Plaintiff,** | : | |
| v. | : | |
| **GREGORY D. JOHNSON, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

Before the court is a report and recommendation of Chief Magistrate Judge Schwab (Doc. 20) in which she recommends that all of the claims in the complaint be dismissed except for a Sixth Amendment claim against Defendant Winnick. Objections to the report and recommendation were due on April 20, 2020, and to date, no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error).  Following an independent review of the record and upon a careful review of the report and recommendation, the court is satisfied that the report and

recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 20) is **ADOPTED**;

2) All of Stoneroad's claims are **DISMISSED** except for the Sixth Amendment claim against Defendant Winnick.

3) This case is remanded to Chief Magistrate Judge Schwab for any further pretrial proceedings.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: May 1, 2020